IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WA'IL MANSUR MUHANNAD, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV435 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. ROWODLT, | ) | ORDER |
| et al., | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion for reconsideration (Filing No. 7). The Court has reviewed said motion and its original opinion and finds said motion should be denied. Accordingly,

IT IS ORDERED that petitioner's motion for reconsideration is denied.

DATED this 9th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court