IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WA'IL MANSUR MUHANNAD, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV435 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. ROWOLDT, | ) | ORDER |
| et al., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the Court on respondent's motion for extension of time (Filing No. 18). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that respondent's motion is granted; respondent shall have until December 13, 2006, to show cause why petitioner's writ of habeas corpus should not be granted.

DATED this 9th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court